UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:18-CR-17 |
| ) | JUDGE JORDAN |
| GARY ALLEN MILLER ) | SEALED |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA
TO ANY AUTHORIZED REPRESENTATIVE
THEREOF - GREETINGS:

We command that you have the body of GARY ALLEN MILLER who is currently in the custody of the Sullivan County Detention Center, at Blountville, Tennessee, under your custody as it is said, under safe and secure conduct before the Judge of our District Court within and for the Eastern District of Tennessee, at the City of Greeneville, Tennessee, on February 27, 2018, at 10:00 a.m., there to be present for an Initial Appearance, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter the said defendant shall be returned to the said Sheriff, Sullivan County Detention Center, at Blountville, Tennessee, under safe and secure conduct, and have you then and there this writ.

And as by order of said District Court it is directed, if said Sheriff so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal is hereby ordered and directed to receive said GARY ALLEN MILLER into his custody and possession at the said Sullivan County Detention Center, at Blountville, Tennessee, and under safe and secure conduct to have him before the Judge of our said District Court at the time and place aforesaid for the purpose aforesaid, and to return him to

said Sullivan County Detention Center, at Blountville, Tennessee, under safe and secure conduct and redeliver him to the Sheriff, Sullivan County Detention Center, at Blountville, Tennessee.

DEBRA C. POPLIN, CLERK

By: _____Leah Cananeps_____
　　　Deputy Clerk

**CUSTODY ASSUMED:**

EXECUTED this _23_ day of _Feb_, 20_18_

By: _____Jaly Oats_____
　　United States Marshal/Deputy

**RETURNED:**

EXECUTED this _2t_ day of _Sept_, 20_19_.

By: _____Toby Deaton_____
　　United States Marshal/Deputy

**SENTENCED STATE PRISONER:** Yes: _____ No: _____